

# Fourth Court of Appeals
## San Antonio, Texas

March 5, 2021

No. 04-21-00013-CV

Judy **FREEMAN,**
Appellant

v.

Kundu **JOHNSON,** individually and as Independent Administrator of the Estate of James Phillip Johnson, deceased,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-13953
Honorable Cynthia Marie Chapa, Judge Presiding

# O R D E R

The reporter's record in this appeal was due February 15, 2021, but it was not filed. Court reporter Judith Stewart has filed a notification of late record stating she has not filed the record because appellant has not paid or made arrangements to pay the reporter's fee to prepare the record and appellant is not entitled to the record without paying the fee. *See* TEX. R. APP. P. 34.6(b), 35.3(b).

We **order** appellant to provide written proof to this court by **March 15, 2021** that either (1) the reporter's fee has been paid or arrangements satisfactory to the reporter have been made to pay the reporter's fee or (2) appellant is entitled to the record without prepayment of the reporter's fee. *See* TEX. R. APP. P. 20.1(a), 35.3(b); Tex. R. Civ. P. 145. If appellant fails to file such proof within the time provided, appellant's brief will be due **April 5, 2021**, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of March, 2021.



MICHAEL A. CRUZ, Clerk of Court